1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES DANIEL, JR.,

                    Plaintiff,

        v.

SGT. FREDRICKSON, *et al*.,

                    Defendants.

Case No. C11-1667-MJP-JPD

ORDER GRANTING PLAINTIFF'S
MOTION TO FILE OVERLENGTH BRIEF
AND GRANTING DEFENDANT RAZ'S
MOTION FOR SUMMARY JUDGMENT

13      THIS MATTER comes before the Court on Defendant's Motion for Summary Judgment

14  (Dkt. No. 38), and the Report and Recommendation of the Honorable James P. Donohue, United

15  States Magistrate Judge. (Dkt. No. 49.) Plaintiff filed over length objections (Dkt. No. 55) to the

16  Report and Recommendation for which he submitted a Motion for Leave to File Overlength

17  Brief [Sic.]. (Dkt. No. 59.) The Court GRANTS this motion and has considered Plaintiff's

18  objections to the Report and Recommendation in full.

19      The Court, having reviewed plaintiff's complaint, defendant Raz's motion for summary

20  judgment, the Report and Recommendation of the Honorable James P. Donohue, United States

21  Magistrate Judge, any objections thereto, and the remaining record, does hereby find and

22  ORDER:

23      (1)    The Court adopts the Report and Recommendation.

ORDER GRANTING DEFENDANT RAZ'S
MOTION FOR SUMMARY JUDGMENT - 1

(2)     Defendant Raz's motion for summary judgment (Dkt. No. 38) is GRANTED.

(3)     Plaintiff's complaint (Dkt. No. 13) and this action are DISMISSED with prejudice with respect to all claims asserted against defendant Raz.

(4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Donohue.

DATED this 31st day of October, 2012.


Marsha J. Pechman
Chief United States District Judge

ORDER GRANTING DEFENDANT RAZ'S
MOTION FOR SUMMARY JUDGMENT - 2